■ Berthe Freedman et al., Appellants, v City of White

PLAINS, Respondent. BOEGGEMAN, GEORGE & JANNACE, P. C., Respondent.—Order of the Supreme Court, Westchester County, dated July 23, 1985, affirmed, with costs, for reasons stated by Justice Delaney in his memorandum. Rubin, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.